# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAY 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> v. <br> IVAN LOPEZ <br> (a/k/a IVAN DE JESUS LOPEZ and a/k/a IVAN DE JESUS LOPEZ GUTIERREZ) and <br> ERICK OLIVAS-LOPEZ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) <br><br> Case No. <br><br> 2:19 - MJ - 070   AC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 25, 2019__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute at least 400 grams of a substance containing Fentanyl |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute at least 400 grams of a substance containing Fentanyl |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Karl Schmid
Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/8/19

_____
*Judge's signature*

City and state: Sacramento, CA

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF DEA SPECIAL AGENT KARL SCHMID IN SUPPORT OF A CRIMINAL COMPLAINT

I, Drug Enforcement Administration ("DEA") Special Agent Karl Schmid, being duly sworn, hereby state:

## SCOPE OF REQUESTED CRIMINAL COMPLAINT

1. This affidavit supports an application for a criminal complaint and arrest warrants for:

   a. Ivan LOPEZ
   Also known as: Ivan De Jesus LOPEZ and Ivan De Jesus LOPEZ Gutierrez

   b. Erick OLIVAS-LOPEZ

   COUNT ONE –    Conspiracy to Possess with Intent to Distribute at least 400 grams of a substance containing Fentanyl, in violation of 21 U.S.C. §§ 846 and 841(a)(1) on April 25, 2019.

   COUNT TWO –    Possession with Intent to Distribute at least 400 grams of a substance containing Fentanyl, in violation of 21 U.S.C. § 841(a)(1) on April 25, 2019.

## BACKGROUND AND EXPERTISE

2. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration ("DEA"). I have been a DEA Special Agent since July 2012. Prior to working for DEA, I was employed as a police officer for the City of Virginia Beach Police Department from 2005 to 2012. I am currently assigned to the DEA Sacramento District Office charged with investigating major drug trafficking organizations operating in the Eastern District of California.

3. I have received specialized training in matters related to drug investigations including, but not limited to, drug interdiction, drug detection, money laundering techniques and schemes, drug identification, asset identification and removal, and pharmaceutical investigations, from the DEA. In total, I have received over 500 hours of comprehensive formalized classroom instruction in those areas outlined above.

4. As a DEA agent, I have assisted in the execution of search warrants on many occasions for controlled substances and/or related paraphernalia, indicia, and other evidence of violations of federal drug statutes. I have participated in investigations targeting

1

individuals and organizations trafficking cocaine, heroin, marijuana, methamphetamine, illegally distributed controlled pharmaceuticals, and counterfeit pharmaceuticals.

5. During the course of my career as a police officer and DEA Special Agent, I have participated in multiple drug investigations. Through my training, experience, and interaction with other experienced special agents, task force agents, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug related proceeds; and to communicate with other participants to accomplish such objectives. These methods include the use of telephones, pre-paid or debit calling cards, public telephones, wireless communications technology such as paging devices and cellular telephones, counter-surveillance, elaborately planned smuggling schemes tied to legitimate businesses, and use of codes in communications in an attempt to avoid detection by law enforcement. Based on my training and experience, I also know that violators of the controlled substances laws often purchase telephones or subscribe to telephone service using false names and/or other individuals' names to avoid detection by law enforcement.

6. During the course of these investigations, I have become familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their illegal operations. I have participated in at least five separate wire interception cases. I have previously written at least four wire interception affidavits. Furthermore, I have served as both a monitor and wire room supervisor on at least five federal wiretap investigations. Additionally, I have attended the California Department of Justice's eight-hour wire interception certification course, as set out in California Penal Code § 629.94.

7. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7) and Rule 41(a)(2)(C), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

8. Because this affidavit is submitted for the limited purpose of supporting the requested criminal complaint and an arrest warrants, I have not included the details of every aspect of the investigation. I have set forth only the facts that I believe are necessary to establish a foundation for the criminal complaint and arrest warrants.

## STATEMENT OF PROBABLE CAUSE

### *Ivan LOPEZ*

9. **Ivan LOPEZ** (AKA: "Ivan De Jesus LOPEZ and Ivan De Jesus LOPEZ Guitierrez") is an adult male born XX-XX-1984.[1] On April 25, 2019, LOPEZ was the driver of a black Infinity SUV in which approximately 14,799 counterfeit oxycodone tablets containing fentanyl were found.

### Erick OLIVAS-LOPEZ

10. **Erick OLIVAS-LOPOEZ** is an adult male born XX-XX-1980. On April 25, 2019, OLIVAS-LOPEZ was the passenger of a black Infinity SUV in which approximately 14,799 counterfeit oxycodone tablets containing fentanyl were found.

### April 25, 2019, Traffic Stop Involving LOPEZ and OLIVAS-LOPEZ

11. On April 25, 2019, at approximately 6:55 p.m., a California Highway Patrol (CHP) Officer conducted an enforcement stop of a black Infinity SUV bearing California license plate 4ATA755 in Sacramento, California.

12. The CHP Officer initiated the stop after noticing that while the vehicle was travelling north on Interstate 5 in Sacramento, the California license plate attached to the black Infinity was missing reflective material, a violation of the California Vehicle Code section 5201.1(c). The CHP Officer subsequently checked the black Infinity's registration through the California Department of Motor Vehicles. This check showed the black Infinity's registration status was suspended, also a violation of the California Vehicle Code. The CHP Officer then activated his emergency lights and the black Infinity pulled to the side of a public road. The CHP Officer found Ivan LOPEZ to be the driver of the black Infinity SUV and Erick OLIVAS-LOPEZ as the front seat passenger.

13. During the CHP Officer's interaction with LOPEZ, he found that LOPEZ did not have a driver's license in the state of California and also that LOPEZ's driving privileges had been suspended by the state of California based on a prior arrest for driving under the influence. Based on this suspension, the CHP Officer called for a tow truck to the scene to secure the black Infinity SUV and remove it from the public road. Further, during the interaction with LOPEZ, the CHP noted inconsistencies in LOPEZ's story, specifically

---

[1] To protect individuals' personal information, redacted dates of births are used in this Affidavit. The complete dates of births are retained in the DEA investigative file for this case. This is true of each individual discussed in this affidavit.

3

LOPEZ indicated he was in Sacramento to move some furniture for his mother, but could not provide an address where his mother lived. LOPEZ also told the CHP Officer he had just stopped to watch a movie at the Regal Cinema, but could not provide the name of the movie or where the theater was located. LOPEZ also told the CHP officer he lived in Bakersfield, California and had only been in Sacramento for a little while. The CHP Officer noted that there was no luggage inside the black Infinity SUV.

14. While the CHP Officer was speaking with LOPEZ, the other occupant of the vehicle, OLIVAS-LOPEZ appeared to the officers on scene to be very nervous and was making calls with his cellular telephone (referred to in this affidavit as "Exhibit N-3") while attempting to hide the telephone.

15. The CHP Officer conducted an inventory of the contents of the black Infinity SUV in accordance with standard CHP procedure when CHP officers tow a vehicle. During this inventory, the CHP Officer located a bag in the rear luggage compartment of the black Infinity. The CHP Officer noted a drill inside the bag with a towel placed under the drill. Under the drill inside the bag, the CHP Officer located several clear plastic bags containing a large amount of small, round, blue tablets, bearing the imprint of an "M" on one side and "30" on the other.

16. Agents were later called and I responded to the scene of the traffic stop. At the scene I observed the tablets located by the CHP Officer. I noted the tablets were wrapped in several vacuum sealed plastic packages. I also noted inside each package was what appeared to be a dryer sheet. I verified these packages contained small, round, blue tablets bearing the imprint of a stylized "M" on one side and "30" on the other. I made a rough visual estimate of the tablets contained within the packages to be several thousand tablets.

17. Through my training and experience I have become familiar with illicitly diverted pharmaceutical tablets and also tablets that have been counterfeited to appear to be pharmaceutically manufactured tablets. Specifically, I have conducted investigations involving tablets similar to those located in the back of the black Infinity SUV. I know that pharmaceutically manufactured tablets that are small, round, blue, and bear the imprint of a stylized "M" on one side and "30" on the other contain oxycodone, a schedule II controlled substance. I know that these types of tablets are diverted or counterfeited for illicit sale. I also know through my training and prior investigations, that counterfeit tablets made to look like pharmaceutically manufactured oxycodone tablets often contain controlled substances other than oxycodone, specifically heroin or fentanyl. Based on the quantity of tablets located inside the black Infinity SUV and the

way the tablets were packaged, I believed these tablets were counterfeit and packaged in a manner indicative of illicit drug sales. These tablets were seized as evidence.

18. The CHP Officer placed both LOPEZ and OLIVAS LOPEZ under arrest for violations of the California Health and Safety Code related to the transportation of a controlled substance, a felony violation. Pursuant to the arrest, the CHP Officer located a blue Motorola cellular telephone (referred to as "Exhibit N-1") and a black LG cellular telephone (referred to as "Exhibit N-2") during a search of LOPEZ. The CHP Officer also seized Exhibit N-3, a silver Samsung cellular telephone, from OLIVAS-LOPEZ. This was the same cellular telephone officers saw OLIVAS-LOPEZ using to try to make calls and then trying to hide while officers were speaking with LOPEZ.

19. The tablets seized from the black Infinity SUV on April 25, 2019, were subsequently tested at a law enforcement laboratory. These results showed the tablets contained fentanyl, a schedule II controlled substance. I know that pharmaceutically manufactured oxycodone tablets do not contain fentanyl. Accordingly, I believe these test results confirm that the tablets are counterfeit. The laboratory report also indicated the total number of tablets seized was 14,799 tablets, with a total net weight to be approximately 1.6 kilograms.

20. Upon further review of the contents of the black Infinity SUV, the CHP Officer noted a picture of Jesus Malverde on the center console of the front passenger compartment. I know through my training an experience that the image of Jesus Malverde is associated with those involved in drug trafficking. Specifically, Jesus Malverde of Sinaloa is celebrated as a folk saint by some in Mexico and the United States, particularly among individuals involved in drug trafficking.

### Analysis of Drug Packaging Material by a Fingerprint Specialist

21. Following the analysis of the tablets containing fentanyl found in the rear of the black Infinity SUV on April 25, 2019, the packaging material containing the small blue tablets was analyzed by a law enforcement Fingerprint Specialist.

22. I spoke with the Fingerprint Specialist who conducted this analysis. He informed me that two latent prints suitable for identification were developed on the packaging material originally containing the blue tablets seized on April 25, 2019. The latent prints were compared to the known finger and palm print cards of Ivan LOPEZ and Erick OLIVAS-LOPEZ. The latent prints were excluded from the known finger and palm print cards of Erick OLIVAS-LOPEZ. One latent fingerprint from a heat seal freezer bag was

5

identified to the known fingerprint card of Ivan LOPEZ.[2] This is an indication that LOPEZ was in contact with the packaging material that contained the counterfeit oxycodone tablet containing fentanyl seized on April 25, 2019.

### Analysis of Cellular Telephones Seized from LOPEZ and OLIVAS- LOPEZ

23. On May 6, 2019, the Honorable Magistrate Judge Allison Claire, Eastern District of California, signed a search warrant (2:19-SW-0394 AC) allowing agents to search the cellular telephones seized on April 25, 2019, from LOPEZ, Exhibit N-1 and Exhibit N-2, along with the cellular telephone seized from OLIVAS-LOPEZ, Exhibit N-3.

24. During the initial review of information contained on these phones, agents found that Exhibit N-1 contained a photograph of tablets similar to those seized on April 25, 2019. The photo depicts several clear plastic bags containing blue tablets, but the picture is not clear enough to discern any imprint on the tablets. Other photos contained in Exhibit N-1 depicted Ivan LOPEZ.

25. Exhibit N-2 also contains photographs depicting tablets that appear to be laid out on a wooden surface. The tablets in these photos are small, round, blue in color, and marked with the imprint of a stylized "M" on one side and "30" on the other, similar in appearance to those tablets seized on April 25, 2019.

26. This initial review also revealed that Exhibit N-2 had a stored text message conversation between the user of Exhibit N-2 and telephone number (559-878-1633) listed in the contacts as "Cunado Eri." . A review of Exhibit N-3 shows that Exhibit N-3 was assigned the same telephone number, 559-878-1633. The date stamp for this text message exchange showed that it occurred on April 24. During the conversation, two photographs were sent from Exhibit N-2 to the telephone number 559-878-1633. These photographs depicted several small, round, blue tablets with the imprint of a stylized "M" and "30," similar to the tablets seized on April 25, 2019. The brief conversation was preliminarily transcribed and translated by a Spanish speaking agent as follows.

---

[2] The remaining latent print was excluded to the known finger and palm print cards of Ivan LOPEZ.

| Phone message sent from: | Spanish Message: | English Translation: |
|---|---|---|
| Exhibit N-3 (OLIVAS-LOPEZ) | Ke no le ablaron | Did they call you |
| Exhibit N-2 (LOPEZ) | *Photo of blue tablets sent* | |
| Exhibit N-2 (LOPEZ) | Mandeselas a popo yo no puedo manda fotos | Send them to "popo" because I can't send photos |
| Exhibit N-2 (LOPEZ) | *Photo of blue tablets sent* | |
| Exhibit N-2 (LOPEZ) | Si le llegaron | Yes they arrived |
| Exhibit N-3 (OLIVAS-LOPEZ) | Si ya las mande dice ke esta bien | Yes I already sent them he said they were fine. |
| Exhibit N-2 (LOPEZ) | Ok | Ok |

27. A review of Exhibit N-3, shows the same stored text message conversation. The review of Exhibit N-3's text message conversation shows the contact listed as "Ivan2" with a telephone number of 661-903-5769. Telephone number 661-903-5769 is assigned to Exhibit N-2. While the conversation appears to be the same as the one transcribed above, it does not show the photos of the blue tablets in the stored information on Exhibit N-3. I know through my training and experience that drug traffickers often delete information that could be incriminating from their cellular phones once the information has been received as a method to avoid the information being used against them should their phone be seized by law enforcement. I believe the photos of the blue tablets were deleted from Exhibit N-3 prior to law enforcement review.

28. Further review of Exhibit N-3 revealed several photos contained in Exhibit N-3 depicted Erick OLIVAS-LOPEZ.

29. Below is a photo of Exhibit N-3 and Exhibit N-2 next to each other depicting the stored message conversation discussed above. Exhibit N-3 is on the left and Exhibit N-2 is on the right of the photo.

7



30. Further review of Exhibit N-2 (LOPEZ), revealed a stored text message conversation between the user of Exhibit N-2 and a Mexico telephone number +52 1 686 163 3944. Telephone number +52 1 686 163 3944 is listed in the contacts section of Exhibit N-2 as "Edu Oliv." This stored text message conversation shows a date stamp of April 24. This stored text message conversation also showed Exhibit N-2 sent telephone number +52 1 686 163 3944 photos of small, round, blue tablets similar to those seized on April 25, 2019. These photos of blue tablets were almost identical to the photos sent from Exhibit N-2 to Exhibit N-3 and the tablets appear to be oxycodone tablets.

31. A review of Exhibit N-3 (OLIVAS-LOPEZ) also showed a stored text message conversation, sent through a messaging application called What's App, with the same Mexico telephone number +52 1 686 163 3944. Telephone number +52 1 686 163 3944 was listed under the name "Pos Tito" in Exhibit N-3. The stored text message conversation between the user of Exhibit N-3 and telephone number +52 1 686 163 3944 was date stamped April 25, 2019. The stored conversation was preliminarily transcribed and translated by a Spanish speaking agent as follows.

8

| Phone message was sent from: | Time Stamp | Spanish Message | English |
|---|---|---|---|
| +52 1 686 163 3944 | 09:03 | sale ya digo | hey what's up |
| +52 1 686 163 3944 | 18:21 | Oiga compadre | hey friend |
| +52 1 686 163 3944 | 18:22 | Nole diga a lito ke le van aa entregan 5 mil | Don't tell "lito" that they are going to deliver 5 thousand |
| +52 1 686 163 3944 | 18:22 | Se ekibocco | I misspoke |
| +52 1 686 163 3944 | 18:22 | Digale usted ke ay van paya nomas | Tell him that you are on your way only |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:26 | A bamos a entregar 15 nomas | We are only going to deliver 15 |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:27 | Por ke esta dice ke apenas va entrar | Because this person is saying he is about to enter |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:27 | De Tijuana | From Tijuana |
| +52 1 686 163 3944 | 18:27 | Cuales la senora delas 5 | Which one the lady with the 5 |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:27 | Si | Yes |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:28 | Atrase pa hablar con usted | I forgot talking to you |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:35 | Nomas hay 15 | There is only 15 |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:35 | Como le asemos | How should we do this |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:35 | Pues repuesta ya | Just answer it is good |
| +52 1 686 163 3944 | 18:39 | Oiga compadre nole vaya adecir aa lito ke las 15 | Listen friend don't tell "lito" that there is 15 |
| +52 1 686 163 3944 | 18:40 | Ke selas llevo d abajo | That he took them from down below |
| +52 1 686 163 3944 | 18:40 | Digale kelas recojio en san pancho | Tell him that they were picked up in San Pancho |
| +52 1 686 163 3944 | 18:40 | Porke del otro modo nos vaa descubrir | Because any other way he will find out. |

| Exhibit N-3 (OLIVAS-LOPEZ) | 18:40 | Si esta bien | Okay |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:41 | Pero digale al de las 5 ke las ocupamos ya oiga la neta el compa se va ir | But tell the person with the 5 that we need them because honestly the guy will leave |
| +52 1 686 163 3944 | 18:41 | Si yase | Yes I know |
| +52 1 686 163 3944 | 18:41 | Yame dijo eso | You already told me that |
| +52 1 686 163 3944 | 18:41 | Melo comfirmo | It was confirmed |
| +52 1 686 163 3944 | 18:41 | Eso | That |
| Exhibit N-3 (OLIVAS-LOPEZ) | 18:42 | Pos digale ke le able a mi cunao | Tell him that I spoke to my brother in law |
| +52 1 686 163 3944 | 18:43 | Aaa ok | "aaa ok" |

32. Based on the stored text message conversation between Exhibit N-2 and telephone number +52 1 686 163 3944 where photos of blue pills similar to those seized on April 25, 2019, were sent, I believe the unknown user is involved in trafficking counterfeit oxycodone tablets with LOPEZ.

33. In addition, the user of Exhibit N-3, believed to be OLIVAS-LOPEZ, wrote "we are only going to deliver 15" to telephone number +52 1 686 163 3944 at approximately 6:26 p.m., on April 25, 2019, according to the time stamp on the text message. Approximately 30 minutes later, CHP stopped the black Infinity SUV in which OLIVAS-LOPEZ was riding as a passenger and eventually seized almost 15,000 blue tablets containing fentanyl, as described above. I believe the text message "we are only going to deliver 15" referred to the almost 15,000 tablets that were seized later that day and I believe the text message confirms that OLIVAS-LOPEZ is also involved in trafficking counterfeit oxycodone tablets. I also believe LOPEZ, OLIVAS-LOPEZ, and the unknown user of telephone number +52 1 686 163 3944 were involved in a conspiracy to distribute the counterfeit oxycodone tablets containing fentanyl seized on April 25, 2019, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

## Conclusion

34. Based on the above information, there is probable cause to believe that LOPEZ and OLIVAS-LOPEZ committed violations of 21 U.S.C. §§ 846 and 841(a)(1) on April 25, 2019.

35. I request a criminal complaint and arrest warrants be issued for Ivan LOPEZ and Erick OLIVAS-LOPEZ.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Karl Schmid
Special Agent
Drug Enforcement Administration

Sworn and Subscribed to me on May 8, 2019.

Hon. Allison Claire
United States Magistrate Judge

Approved as to form:

David W. Spencer
Assistant United States Attorney

11