McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 23 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN LOPEZ, aka Ivan De Jesus Lopez, aka Ivan De Jesus Lopez Gutierrez; and<br>ERICK OLIVAS LOPEZ,<br><br>Defendants. | CASE NO. 2:19-CR-0089 KJM<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl; 21 U.S.C. § 853(a) – Criminal Forfeiture |

## I N D I C T M E N T

<u>COUNT ONE</u>:  [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl]

The Grand Jury charges: T H A T

IVAN LOPEZ, and
ERICK OLIVAS LOPEZ,

defendants herein, beginning on a date unknown to the Grand Jury, but no later than on or about April 24, 2019, and continuing through on or about April 25, 2019, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute at least 400 grams of a mixture or substance containing a detectable amount of fentanyl, a

1  Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and
2  841(a)(1).
3  COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl]
4  　　　　The Grand Jury further charges: T H A T
5  　　　　　　　　　　　　　IVAN LOPEZ and
　　　　　　　　　　　　　ERICK OLIVAS LOPEZ,
6
7  defendants herein, on or about April 25, 2019, in Sacramento County, State and Eastern District of
8  California, did knowingly and intentionally possess with intent to distribute at least 400 grams of a
9  mixture or substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, in
10  violation of Title 21, United States Code, Section 841(a)(1).
11  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]
12  　　1.　　Upon conviction of one or more of the offenses alleged in Counts One and Two of this
13  Indictment, defendants IVAN LOPEZ and ERICK OLIVAS LOPEZ shall forfeit to the United States
14  pursuant to Title 21, United States Code, Section 853(a), the following property:
15  　　　　a.　　All right, title, and interest in any and all property involved in violations of Title
16  21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants
17  are convicted, and all property traceable to such property, including the following: all real or personal
18  property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of
19  such offenses; and all property used, or intended to be used, in any manner or part to commit or to
20  facilitate the commission of the offenses.
21  　　　　b.　　A sum of money equal to the total amount of proceeds obtained as a result of the
22  offenses, or conspiracy to commit such offenses, for which the defendants are convicted.
23  　　3.　　If any property subject to forfeiture, as a result of the offenses alleged in Counts One and
24  Two of this Indictment, for which the defendants are convicted:
25  　　　　a.　　cannot be located upon the exercise of due diligence;
26  　　　　b.　　has been transferred or sold to, or deposited with, a third party;
27  　　　　c.　　has been placed beyond the jurisdiction of the Court;
28  　　　　d.　　has been substantially diminished in value; or

INDICTMENT　　　　　　　　　　　　　　　2

   e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUS.**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2: 1 9 - CR - 0 0 8 9 KJM

## United States v. Ivan Lopez and Erick Olivas Lopez
### Penalties for Indictment

**Defendants**
IVAN LOPEZ, aka Ivan De Jesus Lopez, aka Ivan De Jesus Lopez Gutierrez
ERICK OLIVAS-LOPEZ

**COUNT 1:**          **BOTH DEFENDANTS**

VIOLATION:    21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to distribute and to possess with intent to distribute at least 400 grams of a substance containing fentanyl

PENALTIES:    Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**          **BOTH DEFENDANTS**

VIOLATION:    21 U.S.C. § 841(a)(1) - Possession with intent to distribute at least 400 grams of a substance containing fentanyl

PENALTIES:    Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:    BOTH DEFENDANTS**

VIOLATION:    21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:    As stated in the charging document

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

IVAN LOPEZ, aka Ivan De Jesus Lopez, aka Ivan De Jesus Lopez Gutierrez; and ERICK OLIVAS LOPEZ,

**NO PROCESS NECESSARY**

both ∆'s

## I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Fentanyl;
21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* ___23___ *day*

*of* ___May___, *A.D.* 20 _19_

_____
*Clerk.*

**NO PROCESS NECESSARY**

GPO 863 525